UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  05-60708-CIV-MARTINEZ-BANDSTRA

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC. and STEVEN
BROTHER,

    Plaintiffs,

vs.

HALLANDALE CORPORATE
INVESTMENTS, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

This cause came upon a *sua sponte* review of the record.

The record reflects that on July 21, 2006, this Court issued a Trial Setting Order (D.E. No. 32) that, *inter alia*, required the parties to submit their respective Proposed Findings of Fact and Conclusions of law in this non-jury matter seven days before the beginning of the trial period. The trial period for this case begins on Monday, January 22, 2007, but the parties Proposed Findings of Fact and Conclusions of Law have not yet been filed.  It is, therefore

ORDERED AND ADJUDGED that

1. On or before **Wednesday, January 17, 2007 at 12:30 p.m.** each party shall submit its Proposed Findings of Fact and Conclusions of law, pursuant to this Court's Trial Setting Order.

2. The parties shall comply with the substantive provision of this Court's Trial Setting Order (D.E. No. 32).

3. Failure to comply with this Order or the Court's Trial Setting Order will result in appropriate sanctions.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of January, 2007.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record